UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-21966-CIV-MCALILEY

GERARDSON NICOLAS,

    Plaintiff,

vs.

COAST TO COAST GENERAL
CONTRACTORS,

    Defendant.
_____/

## **ORDER APPROVING SETTLEMENT AND DISMISSING ACTION**

    This is an action for damages arising from alleged discrimination and retaliation, due to Plaintiff's race and national origin, under Title VII of the Civil Rights Act of 1964, and corresponding claims under Florida law, and for unpaid overtime wages, in violation of the Fair Labor Standards Act. (ECF No. 1). On September 2, 2021, I presided over a settlement conference at which the parties reached a full settlement of this matter. The parties advised me at that time that they would consent to my being the presiding judicial officer. Anticipating the Court's full referral of this matter to me, I held a fairness hearing, as required by the FLSA, at the conclusion of the settlement conference.

    The Honorable Kathleen M. Williams has since referred this matter to me (ECF No. 18), and the parties have filed a joint motion for dismissal of this case with prejudice. (ECF No. 20). They have also submitted to me, *in camera*, the final executed settlement

agreement, and Plaintiff's counsel's billing and costs records. I reviewed those documents and find that they conform to the information the parties provided to me at the September 2, 2021 fairness hearing. For the reasons I stated on the record at that hearing, I find that the parties' settlement of Plaintiff's claims under the FLSA is a fair and reasonable resolution of a bona fide dispute. *See Lynn's Food Stores, Inc. v. United States, U.S. Dep't. Of Labor*, 679 F.2d 1350, 1355 (11th Cir. 1982). I further find that the amount of the settlement that is designated as fees for Plaintiff's counsel is reasonable. *See Silva v. Miller*, 307 F. App'x 349, 351 (11th Cir. 2009).

Accordingly, the Court hereby **GRANTS** the parties' joint motion for dismissal (ECF No. 20), and **ORDERS** this action is **DISMISSED WITH PREJUDICE**. The Clerk of Court is instructed to **CLOSE** this case. The Court retains jurisdiction for ninety (90) days to enforce the parties' settlement agreement.

DONE and ORDERED in Miami, Florida this 14th day of September 2021.

_____
CHRIS MCALILEY
UNITED STATES MAGISTRATE JUDGE